IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD REID,<br>　　Plaintiff,<br><br>v.<br><br>DRIFTWOOD HOSPITALITY<br>MANAGEMENT II, LLC,<br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:20-CV-2581-B |

## DEFENDANT'S FIRST SUPPLEMENT TO
## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

　　COMES NOW, Defendant DRIFTWOOD HOSPITALITY MANAGEMENT II, LLC ("Driftwood Hospitality") and files this First Supplement to its Notice of Removal (Doc. 1) and in response to the court's Order to Show Cause (Doc. 4), and would show the court the following:

### E. DIVERSITY OF CITIZENSHIP

10. The district courts of the United States have original jurisdiction over this action pursuant to 28 U.S.C. § 1332:

　　(a)　**Plaintiff** is a citizen of the State of Texas (Doc. 1-1, Exh. C-1, p. 1).

　　(b)　**Defendant Driftwood Hospitality** is a limited liability company formed in the state of Delaware and has its principal place of business in Palm Beach County, Florida. Therefore, Driftwood Hospitality, is a citizen of the state of Florida.

　　(c)　**Defendant Driftwood Hospitality** is comprised of the following four members:

　　　　(i)　**Driftwood Ventures, Inc.** is incorporated in the state of Florida and has its principal place of business in the state of Florida.

　　　　(ii)　**Carlos J. Rodriguez, Inc.** is incorporated in the state of Florida and has its principal place of business in the state of Florida.

   (iii) **Steve Johnson** is a citizen of the state of Arizona.

   (iv) **Driftwood Acquisition & Development, LP** is a limited partnership formed in the state of Delaware and has its principal place of business in the state of Delaware.

 (d) **Defendant Driftwood Hospitality** has the following three managers:

   (i) **David Buddemeyer** is a citizen of the state of Florida.

   (ii) **Carlos J. Rodriguez** is a citizen of the state of Florida.

   (iii) **Charles M. Diaz** is a citizen of the state of Florida.

Accordingly, there is complete diversity of citizenship between all parties plaintiff and all parties defendant; and, as first identified in the Original Petition, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

## F. <u>DEFENDANT'S PRAYER</u>

WHEREFORE PREMISES CONSIDERED, Defendant Driftwood Hospitality, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. § 1446, removes this action for trial from the 162nd District Court of Dallas County, Texas to the U.S. District Court for the Northern District of Texas, Dallas Division.

         Respectfully submitted,

         /s/ Michael C. Lawrence
         MICHAEL C. LAWRENCE
         SBN: 00784453
         Law Offices of Gallerson & Yates
         8070 Park Lane, Suite 200
         Dallas, TX 75231
         TEL: 469-242-8953
         FAX: 855-614-6695
         irvinglegalmail@libertymutual.com
         michael0949.lawrence@libertymutual.com
         ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been served in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this 8th day of September 2020 upon the following counsel of record:

T. Craig Sheils
**Email: craig@sheilswinnubst.com**
Lattice E. Andrews
**Email: latrice@sheilswinnubst.com**
Kimberly A. Quirk
**Email: kimberly@sheilswinnubst.com**
Sheils Winnubst, PC
1100 Atrium II
1701 N. Collins Boulevard
Richardson, Texas 75080
*Attorneys for the Plaintiff*


                                      /s/ Michael C. Lawrence
                                      MICHAEL C. LAWRENCE