# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *DALLAS DIVISION*

RICHARD REID
Plaintiff

v.

3:20-CV-2581-B
Civil Action No.

DRIFTWOOD HOSPITALITY MANAGEME
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

DRIFTWOOD HOSPITALITY MANAGEMENT II, LLC

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Liberty Mutual Insurance Company; Driftwood Ventures, Inc.; Carlos J. Rodriguez, Inc.; Steve Johnson; Driftwood Acquisition & Development, LP; David Buddemeyer; Carlos J. Rodriguez; Charles M. Diaz

| | |
|---|---|
| Date: | 09/08/2020 |
| Signature: | /s/ Michael C. Lawrence |
| Print Name: | Michael C. Lawrence |
| Bar Number: | 00784453 |
| Address: | 8070 Park Lane, Suite 200 |
| City, State, Zip: | Dallas, TX 75231 |
| Telephone: | 469-242-8953 |
| Fax: | 855-614-6695 |
| E-Mail: | michael0949.lawrence@libertym |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons