UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICK REID, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | C.A. NO. 3:20-CV-02581-B |
| DRIFTWOOD HOSPITALITY MANAGEMENT, LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER ON JOINT MOTION TO DISMISS

Came on for consideration this  17th  day of November, 2020, the Joint Motion to Dismiss (the "Motion"), wherein the moving parties move the Court to dismiss the claims of the Plaintiff with prejudice, with each of the parties to bear their own attorneys' fees, costs and expenses incurred in this cause. The Court, having reviewed the Motion, is of the opinion that the Motion should be GRANTED.

IT IS FURTHER ORDERED that Plaintiff's claims are dismissed with prejudice, with each of the Parties to bear their own attorneys' fees, costs and expenses incurred in this cause.

Signed on  November 18, 2020.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

Approved as to Form and Substance:

By: */s/ Latrice E. Andrews*
  Latrice E. Andrews, Counsel for Plaintiff

By: */s/ Matthew E. Last (w/ permission)*
  Matthew Last, Counsel for Defendant